**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | |
|---|---|
| **RYAN JARROD STANFORD,** | : |
| | : |
| **Plaintiff,** | : |
| | : |
| **v.** | : **CASE NO. 5:06-cv-426 (CAR)** |
| | : |
| **UNITED STATES COURT OF** | : |
| **APPEALS FOR THE ELEVENTH** | : |
| **CIRCUIT, and its Clerk, THOMAS** | : |
| **K. KAHN,** | : |
| | : |
| **Defendants.** | : |

## J U D G M E N T

Pursuant to the Order of this Court filed January 8, 2007, and for the reasons

stated therein, JUDGMENT is hereby entered dismissing this action.

This 8th day of January, 2007.

**GREGORY J. LEONARD, CLERK**


**s/ Denise Partee, Deputy Clerk**

Dockets.Justia.com